IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTHONY BLACKSHIRE | § | |
| Plaintiff, | ' | |
| vs. | ' | CIVIL ACTION NO. 2:09-cv-329 |
| | ' | |
| TYSON FOODS, INC. | § | |
| Defendant. | ' | |

### PLAINTIFF'S NOTICE OF ADDITIONAL DISCLOSURE

COMES NOW ANTHONY BLACKSHIRE, Plaintiff in the above-styled and numbered cause of action, and provides notice that he has complied with Rule 26, Federal Rules of Civil Procedure and this Court's Local Rules, and has made additional disclosure.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Michael E. Pierce*
_____
Michael E. Pierce
State Bar No.24039117
Gabe T. Vick
State Bar No. 24063046
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

And

Blake C. Erskine
ERSKINE & MCMAHON, LLP
P. O. Box 3485
Longview, Texas 75606
Telephone: 903-757-8435
Facsimile: 903-757-9429
**ATTORNEYS FOR PLAINTIFFS**

1

## **CERTIFICATE OF SERVICE**

I certify that on March 15, 2010, a copy of the foregoing document was served upon the following counsel of record in compliance with Federal Rules of Civil Procedure:

Brian J. Fisher
Kane Russell Coleman & Logan PC
1601 Elm Street, Suite 3700
Dallas, Texas 75201

Stayton L. Worthington
Coghlan Crowson, LLP
1127 Judson Road, Suite 211
P.O. Box 2665
Longview TX 75606-2655
***Counsel for Defendant Tyson Foods, Inc.***

/s/ Michael E. Pierce
_____
Michael E. Pierce