IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ANTHONY BLACKSHIRE | § | |
| Plaintiff, | ' | |
| vs. | ' | CIVIL ACTION NO. 2:09-cv-329 |
| | ' | |
| TYSON FOODS, INC. | § | |
| Defendant. | ' | |

## PLAINTIFF'S TRIAL WITNESS LIST

Plaintiff hereby files the following Trial Witness List in accordance with the Federal Rules of Civil Procedure and this court's docket control order. Plaintiff may call any of the following individuals during trial in this matter. Plaintiff reserves the right to call anyone listed on Defendant's Witness List.

Anthony Blackshire
c/o Michael Pierce and Gabe Vick
Arnold & Itkin, LLP

    Plaintiff will testify regarding the injuries caused by this incident, his pain, suffering, mental anguish, and economic damages.

A corporate representative of Defendant Tyson Foods, Inc.
Darren Mulford
c/o Brian J. Fisher and Zach T. Mayer
Kane Russell Coleman & Logan PC

    A representative of Defendant Tyson Foods, Inc. or Mr. Mulford may testify regarding Defendant's policies, procedures, and Defendant's investigation of the incident.

Patricia Williams
Tyson Foods, Inc.
c/o Brian J. Fisher and Zach T. Mayer
Kane Russell Coleman & Logan PC

    Ms. Williams may testify regarding Defendant's policies, procedures, and Defendant's investigation of the incident.

John Dean Edmond
> Mr. Edmond may testify regarding his knowledge of the incident made the basis of this suit.

Jessica Rasberry, RN, COHN
And Custodian of Records
C/o Kane Russell Coleman & Logan, PC
> Ms. Rasberry is the Nurse Manager at Defendant's Carthage facility. She may testify regarding Plaintiff's injuries, his medical treatment, and the termination of benefits to Plaintiff pursuant to Tyson's Workplace Injury Settlement Program.

Plaintiff's retained experts:

Kenneth G. McCoin, Ph.D, CFA
> Dr. McCoin is Plaintiff's retained economist expert and will testify regarding Plaintiff's economic damages.

William L. Quintanilla, M.Ed., L.P.C.
Rehabilitation Resources, Inc.
> Mr. Quintanilla is Plaintiff's retained vocational rehabilitation expert and will testify regarding the ways in which Plaintiff's future employability may be affected by this incident.

Jack Madeley, P.E., CSP
Madeley Safety Engineering Consultants
> Mr. Madeley is Plaintiff's retained liability expert and will testify regarding Defendant's negligence and how this negligence caused Plaintiff's injury.

Defendant's retained experts

Plaintiff's medical providers may testify regarding Plaintiff's related medical treatment, medical expenses, and prognosis.

Dr. Kenneth Lee
And Custodian of Records
Modern Spine


Jessica Rasberry, RN, COHN
And Custodian of Records
C/o Kane Russell Coleman & Logan, PC

Dr. Eubulus J. Kerr
Stephen Kay, PA-C
And Custodian of Records
Spine Institute of Louisiana


Dr. Clayton H. Brakeville
And Custodian of Records
Carthage Physical Therapy


Dr. Vera Luther
Dr. Vidyasagar Reddy
Dr. Ramandham Kilaru
Dr. John F. Nielsen
And Custodian of Records
East Texas Medical Center – Carthage

Dr. Lorenzo Farolan
Dr. Omar D. Vidal
And Custodian of Records
Memorial MRI & Diagnostics

Dr. John F. Nielsen
Panola Physician Center

Dr. Kyle Campbell


A representative and Custodian of Records
Program Administrators, LLC
    This entity and associated individuals may testify regarding Tyson's Workplace Injury Settlement Program as well as Plaintiff's alleged violations of that Program which resulted in the denial of additional benefits to Plaintiff.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Michael E. Pierce*
_____

Michael E. Pierce
State Bar No.24039117
Gabe T. Vick
State Bar No. 24063046
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

And

Blake C. Erskine
ERSKINE & MCMAHON, LLP
P. O. Box 3485
Longview, Texas 75606
Telephone: 903-757-8435
Facsimile: 903-757-9429
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on May 11, 2010, a copy of the foregoing document was served upon the following counsel of record in compliance with Federal Rules of Civil Procedure:

Brian J. Fisher
Zach T. Mayer
Kane Russell Coleman & Logan PC
1601 Elm Street, Suite 3700
Dallas, Texas 75201

Stayton L. Worthington
Coghlan Crowson, LLP
1127 Judson Road, Suite 211
P.O. Box 2665
Longview TX 75606-2655
***Counsel for Defendant Tyson Foods, Inc.***

*/s/ Michael E. Pierce*
_____
Michael E. Pierce