# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ANTHONY BLACKSHIRE, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> TYSON FOODS, INC., § <br> § <br> Defendant. § <br> § | CIVIL ACTION NO. 2:09-cv-00329 <br> JURY |

# DEFENDANT TYSON FOODS, INC.'S
# NOTICE OF DISCLOSURE

Defendant, Tyson Foods, Inc., files this Notice of Disclosure in accordance with Local Rule CV-26(c), and certifies that on the 14th day of May, 2010, the disclosures required under Federal Rule of Civil Procedure 26(a)(2) were transmitted to all counsel of record for Plaintiff, Anthony Blackshire.

Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**
1601 Elm Street, Suite 3700
Dallas, Texas 75201
(214) 777-4200 / Fax (214) 777-4299

By:   s/ Zach T. Mayer
      Zach T. Mayer
      Texas State Bar No. 24013118
      zmayer@krcl.com
      Brian J. Fisher
      Texas State Bar No. 24032178
      bfisher@krcl.com

− and −

Stayton L. Worthington
State Bar No. 22010200
**COGHLAN CROWSON, LLP**
1127 Judson Road, Suite 211
P.O. Box 2665
Longview, Texas 75606-2655
(903) 758-5543 / Fax (903) 753-6989

**ATTORNEYS FOR DEFENDANT
TYSON FOODS, INC.**

## CERTIFICATE OF SERVICE

This is to certify that on this the 14th day of May 2010, a true and correct copy of the foregoing instrument is being served on all counsel of record, as follows:

**BY ECF**
Blake C. Erskine
Erskine & McMahon, LLP
P.O. Box 3485
Longview, Texas 75606

**BY ECF**
Michael E. Pierce
Gabe T. Vick
Arnold & Itkin, LLP
5 Houston Center
1401 McKinney, Suite 2550
Houston, Texas 77010

                                                s/ Zach T. Mayer
                                         Zach T. Mayer/Brian J. Fisher